UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| VICTOR A. SACKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CV-131 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| JONES PRINTING COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the accompanying memorandum the Court hereby **GRANTS** Defendant's motion for summary judgment (Court File No. 10) and **DISMISSES** Plaintiff's whistleblower claim brought pursuant to Tenn. Code Ann. § 50-1-304. Further, the Court **DENIES** Defendant's request to strike Plaintiff's affidavit (Court File No. 15, pp. 4-6). Lastly, since there are no remaining issues before the Court, the **CLERK'S OFFICE** is **DIRECTED** to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**